In the Matter of CHARLES C. MOSCHINI, Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.

Submitted January 3, 1950; decided January 5, 1950.

*Monroe I. Katcher, II,* and *Jerome S. Heller* for motion. *Harry F. Karst* opposed.

Motion to dismiss appeal denied and case set down for argument during the first week of the February, 1950, session.